**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRELL J. MOORE, SR.,<br><br>                  Plaintiff,<br><br>        v.<br><br>HOUSING AUTHORITY OF THE CITY<br>OF LOS ANGELES, et al.,<br><br>                 Defendants. | No. CV 07-7632-GW(CW)<br><br>ORDER ACCEPTING REPORT AND<br>RECOMMENDATION OF UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. The court has engaged in a de novo review of those portions of the Report and Recommendation to which objection has been made.[1] The court accepts the findings and recommendation of the Magistrate Judge.

---

[1] Plaintiff refers, with some confusion, to a Second Report and Recommendation. There was no Second Report and Recommendation, only one (docket no. 60, filed June 7, 2011), but there was a clerical error in the caption of the Notice of Filing (docket no. 59, filed June 7, 2011), referring erroneously to a Second Report and Recommendation.

1    **IT IS THEREFORE ORDERED**: (1) that Defendant White's motion to

2  dismiss (docket no. 8, filed December 19, 2007) be granted; (2) that

3  the HACLA Defendants' motion to dismiss (docket no. 12, filed December

4  28, 2007) be granted; (3) that the motion to strike (docket no. 14,

5  filed December 28, 2007) be denied as moot in light of the above;

6  (4) that the complaint be dismissed without leave to amend; and (5)

7  that judgment be entered dismissing Plaintiff's qui tam claim and

8  state tort claims without prejudice, and dismissing all other claims,

9  with prejudice, for failure to state a claim.

10

11  DATED:  _August 4, 2011_

12

13                              GEORGE H. WU
                                United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              2