UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARRELL J. MOORE, SR., | ) | No. CV 07-7632-GW(CW) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| HOUSING AUTHORITY OF THE CITY OF LOS ANGELES, et al., | ) ) ) | |
| Defendants. | ) ) | |

**IT IS ADJUDGED** that Plaintiff's qui tam claim and state tort claims are dismissed without prejudice, and all other claims are dismissed, with prejudice, for failure to state a claim.

DATED: August 4, 2011

GEORGE H. WU
United States District Judge

1